UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA D. EASTER, | ) | CASE NO.1:10CV48 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | O R D E R |
| TIMOTHY F. GEITHNER, Secretary, | ) | |
| Department of the Treasury, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This Court has reviewed the Report and Recommendation (Doc.# 21 ) of Magistrate Judge William H. Baughman, Jr. regarding Defendant's Motion to Dismiss (Doc.# 12).

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen (14) days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that they are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 21 ) and the Motion to Dismiss (Doc. # 12) is granted.

IT IS SO ORDERED.

Dated: 11/4/2010

                                            *S/Christopher A. Boyko*
                                            CHRISTOPHER A. BOYKO
                                            UNITED STATES DISTRICT JUDGE